UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MAKING ALL SCHOOL TIME ENGAGING AND REWARDING, INC.

CIVIL ACTION

VERSUS

LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION, ET AL.

NO. 10-168-FJP-SCR

NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT comes the plaintiff, through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), and dismisses its complaint and action.

BY ATTORNEY FOR PLAINTIFF

NELSON DAN TAYLOR
1822 N. Acadian Thruway W
Baton Rouge, LA 70802
Phone: 225-356-5252

*order*
Approved. This suit is dismissed without prejudice at plaintiff's request.

FJP

Page 1 of 1